UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID UPTON,                                                          ) CASE NO. ED CV 07-1067-ABC (PJW)
                                                                     )
                            Petitioner,          )
                                                                     ) J U D G M E N T
                    v.                                      )
                                                                     )
JAMES E. TILTON, SECRETARY OF           )
CDCR,                                                         )
                                                                     )
                            Respondent.        )
                                                                     )

        Pursuant to the Order Adopting Findings, Conclusions, and

Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.

        DATED: May 10, 2010

                                            _____
                                            AUDREY B. COLLINS
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED CV 07-1067 ABC (PJW) Judgment final r&r.wpd